1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>        Plaintiff-in-Interpleader,<br><br>    vs.<br><br>ELIZABETH AVILA, an individual, CARMEN CHAVEZ, an individual, and DOES 1-20, inclusive,<br><br>        Defendants-in-Interpleader. | Case No. 2:22-cv-08371-SVW-PD<br><br>(Honorable Stephen V. Wilson)<br><br>**ORDER GRANTING STIPULATION FOR PAYMENT OF ATTORNEYS' FEES, DISCHARGE AND DISMISSAL OF PLAINTIFF-IN-INTERPLEADER TRANSAMERICA LIFE INSURANCE COMPANY**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed: November 16, 2022 |

# **ORDER**

Having reviewed the Stipulation of the parties, and for good cause appearing therefore, IT IS HEREBY ORDERED as follows:

1. That Transamerica Life Insurance Company ("TLIC") shall be discharged of any and all liability with respect to the Policy and Policy Benefits, and any and all claims that Defendants-in-Interpleader have, had or may have regarding the Policy Benefits, and that TLIC shall be dismissed from this action entirely with prejudice;

2. That Defendants-in-Interpleader shall be enjoined and perpetually restrained from instituting any action or proceeding in any state or federal court against TLIC, and any of their affiliates, successors, employees, representatives or agents for the recovery of the Policy Benefits;

3. That TLIC will recover its attorneys' fees and costs in the amount of $10,972.60, to be paid from the Policy Benefits on deposit with the Court by check made payable to "Transamerica Life Insurance Company" and sent to TLIC's counsel of record Vivian I. Orlando, Esq. Maynard Cooper & Gale, LLP, 10100 Santa Monica Boulevard, Suite 550, Los Angeles, California 90067.

4. That Defendants-in-Interpleader preserve any and all claims and defenses against each other as to the Policy Benefits and that this Stipulation shall not be deemed an admission as to the apportionment of the Policy Benefits as to any Defendant-in-Interpleader.

**IT IS SO ORDERED.**

DATED: April 5, 2023

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE